# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

_Edward B. Bennett_
[Enter the full name of the plaintiff in this action]

) Civil Action No. _2:10-1623 HFF-RSC_
) (to be assigned by Clerk)
)
) **COMPLAINT**
v. ) **State Prisoner**
)
_Sheriff Al. J. Cannon Jr., Chaplain_
_Eva Smith, (The State of S.C. and it's_
_Agents S.C. DC Commissioner) Charleston_
_County Detention Center and_
_Staff,_
Enter above the full name of defendant(s) in this action

RECEIVED CLERK'S OFFICE 2010 JUL 23 A 9:30 DISTRICT COURT DISTRICT OF SOUTH CAROLINA CHARLESTON, SC

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?     Yes_____     No ✓

   B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiff: _____

      Defendant(s): _____

   2. Court: _____
      (If federal court, name the district; if state court, name the county)

   3. Docket Number: _____

   4. Name(s) of Judge(s) to whom case was assigned: _____

   5. Disposition: _____
      (For example, was the case dismissed? Appealed? Pending?)

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Charleston County Detention Center

B. What are the issues that you are attempting to litigate in the above-captioned case? Deliberate indifference and Violation of rights to freedom of Religous Expression, Refusal and falsely Denying me my Rights to a Halal Kosher Diet as Prescribed by Law

C. (1) Is there a prisoner grievance procedure in this institution?    Yes ✓    No ____

(2) Did you file a grievance concerning the claims you are raising in this matter?    Yes ✓    No ____

When 6-20-2010    Grievance Number (if available) N/A

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)?    Yes ✓    No ____

E. When was the final agency/departmental/institutional answer or determination received by you? 6/21-'71-7-1 2010

If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received. grievance was sent With the original Handwritten Complaint

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?    Yes ✓    No ____

G. If your answer is YES:

1. What steps did you take? I Sent for a State Tort Claim via inmate Request

2. What was the result? The Jail and it's administrators Ignored me and My Request. Even sent one to the Major, Mr. Beaty

III. PARTIES

In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Edward B. Bennett    Inmate No.: 491741

Address: 3841 Leeds Ave. North Charleston S.C. 29405

In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.

B. Name of Defendant: Sheriff Al. J. Cannon Jr.    Position: Sheriff

Place of Employment: Charleston County Sheriff's Office

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):
Chaplain Eva Smith Charleston County Detention Center 3841 Leeds Ave northCharleston S.C 29405
State of South Carolina it's (agents S.C.D.C. Commissioner) @ SC.D.C. Headquarters Broad River Rd Columbia S.C. 29210

Complaint - State Prisoner
Revised October 3, 2007                                                                                2 of 5

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

I Edward B. Bennett 491741 who being a Muslim and a federal Inmate U.S. Marshal # 11939-171, Swear that my Rights to a Religious dietary needs Have been Violated along with my Rights under Constitutional Laws within the guidelines of Religous Freedom of expression. I have been treated with unequal indifferance being that the Chaplain, and the Jail administrator up to the Chief deputy of the Jail Mitch Lucas, Have denied me this meal Even though I have proof that I am given the very meal while in prison. The B.O.P. Records Will Show that I am on that type of Meal as well as my faith being a recognised beliefer.

1) Chaplain Smith acting under her Christian Athurity as the Jails Religious Programs director. Falsely Stated that all religious diets Are Vegetarian meals served on the Same Nasty Molded Mildewed trey's that other inmates spit in touch with unwashed Hand And assault other inmates with. Not to Mention that their is an inmate in my pod another Muslim under the Sunni teachings Recieves a Kosher Meal the same as serred in the B.O.P. from my arrival here the Chaplain has Refused me a Prayer Rug and qur'an citing Jesus is the only way to God's Kingdom. if such is the case Abraham would have only had One son however the bible clearly state's that God told Abraham He would Make a great Nation of Isac And Ishmeal. The Chaplain

IV.  STATEMENT OF CLAIM - continued.

Refuses to Relent with her persecution of me because she believes Her own way and has tried to force such on me. In 1992 I was one of 3 muslims who fought to obtain a No pork diet as a means of my belief. The chaplain states that since I am Not a sunni muslim I am Not Recognized by Her or the Staff. Yet I/M Rashad Muhammad who is a federal detainee and sunni muslim enjoys the privileges that the nation of Islam or the Black Muslims died in many Jail and prisons across the country to observe these rights. The B.O.P. Has Always Recognized the nation of Islam and so does the arab nations Around the world As belivers in Allah, The prophet Muhammad (670 A.D.) and I am Denied my Right to food and Religious tools Escential to my belief.

2) Sheriff Cannon, being the Sworn Elected Official and Chief administrator for the Entire Sheriffs office. Has failed to intervene or Respond to Request or grivances Filed on my behalf. The sheriff is Responsable for all inmates committed to the care and custody of his Jail, State, County, City, or Federal. Those who worship the devil are treated much more better than I in regards to Book and material for religious freedoms. To treat me differently and show partiality to other muslims chistians and satanist

Complaint - State Prisoner
Revised October 3, 2007

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

Is not to be tolerated by Law as the church and State Can not act as A Conjoined unit.

Staff member, The Staff has turned blind Eye to my situation. Citing that their Job is to follow orders. but not illegal or Immoral ones. Nor is it to destroy Not answer, or plain trash Request for the proper forms and channels of Relief.

S.C.D.C. is Responsable for the guideline set by the State which governs the Jails as well as the State Prisons. failed to Answer or Provide Proper tort forms

The Plaintiff Seek Relief in Monetary amount of $160,000 Dollars Per defendant. That a Jury trial Be had. That as Punative damage Each Defendant be ordered to Pay $1 Million dollars Each. That All Muslims and Jews Recieve the exact Equal treatment and Meals Which are Required by Law. That my Religous Rights be respected and my Meals be served As the B.o.P. serves Two portions To Equal the Amount of Nutrition as the Caloric Intake of others.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __15__ day of __July__, 20__10__.

_Edward B. Bennett_
*Signature of Plaintiff*