

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| EDWARD B. BENNETT,<br>　　　Plaintiff,<br><br>vs.<br><br>SHERIFF AL J. CANNON, JR.,<br>CHAPLAIN EVA SMITH, THE STATE<br>OF SOUTH CAROLINA AND ITS<br>AGENTS, and CHARLESTON COUNTY<br>DETENTION CENTER AND STAFF,<br>　　　Defendants. | §<br>§<br>§<br>§ CIVIL ACTION NO. 2:10-01623-HFF-RSC<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that the Court dismiss as parties to the case Defendant Charleston County Detention Center and Staff and Defendant State of South Carolina and Its Agents. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on August 17, 2010, but Plaintiff failed to file any specific objections to the Report. Instead, Plaintiff filed a response in which he "concur[red] with the order to remove as defendant[s] Charleston County Detention Center and State of South Carolina and its agents." In his response, he also makes a motion to amend his complaint to add "several officers [with] unknown names on duty from 6-8-2010 to 8-5-2010." In the absence of any specific objections, the Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report to the extent that it is consistent with this Order and incorporates it herein. Therefore, it is the judgment of the Court that Defendant Charleston County Detention Center and Staff and Defendant State of South Carolina and Its Agents be **DISMISSED** as parties to the case and that Plaintiff's motion to amend his complaint be **GRANTED**.

**IT IS SO ORDERED**.

Signed this 16th day of November, 2010, in Spartanburg, South Carolina.

    s/ Henry F. Floyd
    HENRY F. FLOYD
    UNITED STATES DISTRICT JUDGE

*****
## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within 30 days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.